JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: William.Frentzen@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>   v. )<br>DARRELL BUCKINS, )<br>      Defendant. )<br>_____ ) | **No. CR 10-00109 MHP**<br><br>**STIPULATION AND [PROPOSED]**<br>**PROTECTIVE ORDER RE:**<br>**DISCLOSURE OF SAN FRANCISCO**<br>**POLICE DEPARTMENT CRIME**<br>**LAB INFORMATION** |

      With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

      Defendant Darrell Buckins has requested information regarding the San Francisco Police Department Crime Lab and the United States is willing to produce information on that subject. The United States has obtained numerous documents from the San Francisco Police Department regarding the crime lab that it intends to produce. These documents contain, among other things, internal personnel files, reports of investigations, and other sensitive and personal information. Accordingly, the United States requests, and, defendant agrees, that disclosure of these materials be subject to the following

Protective Order
CR 10-00109 MHP

restrictions:

1. Except when being actively examined for the purpose of the preparation of the federal defense of defendant in the above-captioned case, the information produced by the United States to defense counsel shall be maintained in a locked safe, secure drawer, or cabinet, which is accessible only to defense counsel and counsel who are members of their case preparation teams working with them in the federal criminal defense of the defendant. Defense counsel and members of their case preparation team shall not permit any person access of any kind to the information except as set forth below.

2. The following individuals may examine the information for the sole purpose of preparing the federal defense of defendant in the above-captioned case and for no other purpose:

   a. Counsel for the defendant, Kenneth Wine, Esq.;

   b. Persons employed, or who have been contracted to work on this case, by defense counsel who are assisting with the preparation of defendant's federal defenses in the above-captioned case;

   c. Any expert(s) retained on behalf of defendant to assist in the federal defense of the above-captioned case;

   d. Any investigator(s) retained on behalf of defendants to assist in the federal defense of the above-captioned case; and

   e. Defendant Darrell Buckins, who may examine the information only in the presence of counsel, and who may not personally receive or keep any copies of the information.

   f. Counsel for the defendant shall maintain a log of any copies made, provided, and/or examined to or by any of the aforementioned individuals, which log shall include the document(s) copied or examined and the person(s) provided to for each copy made.

3. A copy of this order shall be maintained with the information at all times.

Protective Order
CR 10-00109 MHP

4. All individuals who receive access to the materials pursuant to this Order, prior to receiving access to the materials, shall sign a copy of this order acknowledging that:

   a. They have reviewed the order;

   b. They understand all its contents;

   c. They agree that they will only access the information for the purposes of preparing a federal defense for defendant in the above-captioned case;

   d. They understand that failure to abide by this order may result in sanctions by this Court and criminal charges for contempt.

5. With regard to the orders signed pursuant to paragraph 4, counsel for defendant shall promptly file signed copies of the order, ex parte and under seal. The United States shall have no access to these signed copies without further order of the Court.

6. No other person may be allowed to examine the material without further court order. Examination of the information shall be done in a secure environment which will not expose the materials to other individuals not listed above.

7. Other than the copies authorized and logged in paragraph 2, no copies of any of the information may be made without further court order.

8. Any pleadings that include or make reference to the information, or the above-described orders or their contents, shall be filed under seal, absent express written stipulation by the parties.

9. No person who has access to the information shall inform any individual not listed above as to the contents of the information disclosed in any manner, form, or fashion, whether written or oral. This obligation shall include suggesting in any way to an uncovered individual that any particular document has been provided.

Protective Order
CR 10-00109 MHP

10. Counsel for the defendant, within five court days of the conclusion of the above-captioned proceedings before the district court shall retrieve all copies made of all documents provided to anyone pursuant to this order and maintain them in a secure environment which will not expose the materials to any other person.  By the same time, counsel for the defendant shall also file under seal and ex parte the log described in Paragraph 2.f.  The United States shall have no access to this log without further order of the Court.  By the same time, counsel for the defendant shall also file a sworn declaration indicating that all copies of the aforementioned materials have been retrieved and maintained in a secure environment which will not expose the materials to any other person.  If the defendant believes that any of these materials must be released to any other person for any reason related to appeal, the defendant must seek authorization from the District Court.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED:                                                By:_____/s_____
                                                      WILLIAM FRENTZEN
                                                      Assistant United States Attorneys

DATED:                                                _____/s_____
                                                      KENNETH WINE
                                                      Attorney for DARRELL BUCKINS

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: __6/28/2010_____

IT IS SO ORDERED
Judge Marilyn H. Patel

Protective Order
CR 10-00109 MHP